# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| KOKO Development, LLC, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Phillips & Jordan, Inc., DW Excavating, ) | |
| Inc., and Thomas Dean & Hoskins, Inc. ) | |
| ) | Case No. 1:20-cv-129 |
| Defendants. ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on April 20, 2021, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 29th day of October, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court